An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

AARON R. HUNTT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62430

**FILED**

SEP 18 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

In his August 10, 2012, petition, appellant claimed that the district court erred in revoking his probation as appellant believed he had finished his probationary term. Appellant asserted that his probationary deductions had been improperly calculated and, pursuant to NRS 209.4465 and NRS 176A.500, he should have been determined to have completed his probation prior to the revocation order. Appellant's claim was without merit. NRS 209.4465 does not apply to probationary deductions. In addition, the record demonstrates that appellant was not entitled to the probationary deductions allowed under NRS 176A.500, and

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13 - 27727

therefore, he had not expired his probationary term at the time of the probation violations. Accordingly, we

ORDER the judgment of the district court AFFIRMED.[2]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta


cc:    Hon. Michelle Leavitt, District Judge
       Aaron R. Huntt
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

[2]We have reviewed all documents that appellant has submitted in proper person to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted. To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.